IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
PINE BLUFF DIVISION

JEFF FITZPATRICK                                                              PLAINTIFF

v.                                  5:19CV00029-JM-JTK

PATRICA SNYDER                                                              DEFENDANT

## JUDGMENT

Pursuant to the Order entered in this matter on this date, it is Considered, Ordered, and Adjudged that this case is DISMISSED without prejudice, for failure to prosecute. The relief sought is denied.

IT IS SO ADJUDGED this 6th day of March, 2019.

_____
JAMES M. MOODY, JR.
UNITED STATES DISTRICT JUDGE